IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN FORD, *individually and on behalf of all other similarly situated employees,*<br><br>　　　　Plaintiff,<br>　v.<br><br>U.S. FOODS, INC.,<br><br>　　　　Defendant. | Case No. 1:19-cv-05967<br><br>The Honorable Thomas M. Durkin |

**JOINT MOTION FOR PRELIMINARY
APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

　　Plaintiff Ann Ford ("Plaintiff" or "Ford"), individually and on behalf of all other similarly situated employees, and Defendant US Foods, Inc. ("Defendant" or "US Foods"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 23, hereby move this Court to grant preliminary approval of the Parties' class and collective action settlement. In support of this Motion, the Parties state as follows:

　　1.　　On January 25, 2022, the Parties reached a resolution as to all claims against US Foods, as asserted in the Complaint [Dkt. No. 1], on behalf of Plaintiff, the Opt-In Plaintiffs, and all putative class members.

　　2.　　The Parties negotiated this settlement and the proposed Class and Collective Action Settlement Agreement ("Settlement Agreement") memorializing such terms, following arm's length negotiations and to resolve a bona fide dispute under the Fair Labor Standards Act ("FLSA") and Illinois Minimum Wage Law ("IMWL").

　　3.　　The Settlement Agreement and its terms are fair, reasonable, and adequate under applicable legal standards and provide reasonable monetary relief to the Class Members.

1

4. The Parties also submit for the Court's consideration their Memorandum in Support of Joint Motion for Preliminary Approval of Class and Collective Action Settlement (the "Memorandum"), which has been filed contemporaneously with this Motion.

WHEREFORE the Parties respectfully request that the Court grant their Joint Motion for Preliminary Approval of Class and Collective Action Settlement and:

- grant preliminary approval of the proposed Settlement Agreement, attached as Exhibit A to the Memorandum;
- approve the proposed the Class Notice of Proposed Settlement of Class and Collective Action Lawsuit, attached to the Settlement Agreement as Exhibit 1;
- authorize mailing of the Settlement Notices in the manner set forth in the Settlement Agreement;
- schedule a final approval hearing between 100 and 125 days after the date of Preliminary Approval; and
- enter the [Proposed] Order Certifying Class for Settlement Purposes Only, Granting Preliminary Approval of Class Action Settlement, and Granting Approval of FLSA Settlement, attached as Exhibit B to the Memorandum.

Dated: April 20, 2022

| **PLAINTIFFS** | **US FOODS, INC.** |
|---|---|
| By: */s/ Benjamin L. Davis* | By: */s/ Tiffany S. Fordyce* |
| Benjamin L. Davis, III<br>Kelly A. Burgy<br>Scott E. Nevin<br>The Law Offices of Peter T. Nicholl<br>36 S. Charles St., Ste. 1700<br>Baltimore, MD 21202<br>(41) 244-7005<br>bdavis@nicholllaw.com | Tiffany S. Fordyce<br>Laura Luisi<br>Kara E. Angeletti<br>Greenberg Traurig, LLP<br>77 W. Wacker Dr. Ste. 3100<br>Chicago, IL 60601<br>T: (312) 456-8400<br>fordycet@gtlaw.com<br>luisil@gtlaw.com<br>angelettik@gtlaw.com |
| Jorge Sanchez<br>Lopez & Sanchez, LLP<br>77 W. Washington St., Ste. 1313<br>Chicago, IL 60602<br>(312) 420-6784<br><br>*Attorneys for Plaintiffs* | James N. Boudreau<br>Greenberg Traurig, LLP<br>2001 Market St.<br>Philadelphia, PA 19103<br>boudreauj@gtlaw.com<br>*Attorneys for US Foods, Inc.* |

## **CERTIFICATE OF SERVICE**

    I, Tiffany S. Fordyce, certify that, on April 20, 2022, the foregoing **Joint Motion for Preliminary Approval of Class and Collective Action Settlement** was served on all counsel of record via the Court's ECF system.

*/s/ Tiffany S. Fordyce*

One of Defendant's Attorneys