# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Ann Ford, et al.

                      Plaintiff,

v.                                              Case No.: 1:19–cv–05967
                                                          Honorable Thomas M. Durkin

U.S. Foods, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 26, 2022:

        MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing on the motion for preliminary approval of settlement held on 4/26/2022. No one was present to raise an objection. For the reasons stated on the record, the Joint Motion for Preliminary Approval of Class and Collective Action Settlement [124] is granted. The parties are to contact the courtroom deputy to schedule a final approval hearing. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.